December 14, 1978

397 A.2d 1245

Commonwealth v. Angeli, Appellant.

Argued December 6, 1978. Stephen H. Serota, for appellant; Stephen B. Harris, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

OPINION PER CURIAM: Judgment of sentence is vacated, and this case is remanded to the lower court for consideration of appellant's motion for new trial and motion for arrest of judgment filed on November 9, 1977.